Tom McAvity WSB#35197
1312 Main St
Vancouver, WA 98660
(503)232-5303
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Cynthia Slipp,<br><br>    Debtor, | Case No.: 17-42212-MJH<br><br>DEBTOR'S NOTICE OF WITHDRAWAL<br>AND SUBSTITUTION OF COUNSEL<br>PURSUANT TO LRBP 2089-1(a) |

NOTICE IS HEREBY GIVEN that Ritz Emi Torres hereby withdraws as attorney of record for debtor Cynthia Slipp and that Tom McAvity shall substitute as counsel for debtors.

Respectfully submitted on August 17, 2018 by:

/s/Tom McAvity                          /s/Ritz Emi Torres
Tom McAvity WSB#35197              Ritz Emi Torres, WSBA#43676