Tom McAvity WSB#35197
1312 Main St
Vancouver, WA 98660
(503)232-5303
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Cynthia Slipp, | ) Case No.: 17-42212-MJH |
| | ) |
| | ) NOTICE OF APPEARANCE |
| Debtor(s), | ) |
| | ) |
| | ) |

NOTICE IS HEREBY GIVEN that attorney Mark Ditton is hereby added as co-counsel for Debtors.

Respectfully submitted on September 6, 2018 by:

/s/Mark Ditton
Mark Ditton WSBA#45432

/s/Tom McAvity
Tom McAvity WSBA#35197